**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
CASE NO: 13-22663-CV-Williams

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Wellington R. Crawford Jr.

Defendant

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

The undersigned counsel, on behalf of Plaintiff, the United States of America, moves this Court for entry of default judgment as to defendant, WELLINGTON R. CRAWFORD JR upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55 (b) (2), Federal Rules of Civil Procedure.

Plaintiff will rely upon the annexed Memorandum of Law, together with the materials attached hereto, in support of this Motion.

## MEMORANDUM OF LAW DEFAULT FINAL JUDGMENT

1. As more fully set forth in the Declaration for Entry of Default filed on behalf of Plaintiff herein, the defendant has been duly served with the Plaintiff's Summons and Complaint in accordance with provisions of Rule 4 (c) (1), Federal rules of Civil Procedure, and has failed to answer or otherwise formally respond within the time period prescribed by Rule 12 (a) Federal Rules of Civil Procedure.

2. The default of the defendant has been formally entered by the Clerk of this Court.

CASE NO: 13-22663-CV-Williams

3. Pursuant to the provisions of Rule 55 (b) (2), Federal Rules of Civil Procedure, this court is empowered to enter default judgment against the defendant for relief sought by Plaintiff in its complaint, and written notice of this action has been given to the defendant.

4. Previously filed with the complaint is a copy of an Affidavit of Amount Due or Certificate of Indebtedness, duly sworn to and subscribed, prepared and submitted on behalf the Department of Education, an agency of the United States of America, on whose behalf this action is brought. See Exhibit "A" of complaint for first claim and Exhibit "B" of complaint for second claim. As of September 30, 2013 there is due and owing to Plaintiff from defendant the sum of $9,146.84 consisting of $2,687.82 in unpaid principal, $5,589.02 in accrued interest through September 30, 2013 together with interest thereafter to the date of entry of judgment at the rate of 8% per year in accordance with the provisions of 4 C.F.R. §102.11. There are attorney fees of $800.00, and costs in the amount of $70.00 taxed in accordance with the provisions of 28 U.S.C. 1920, as specified by 28 U.S.C. 1921, as set forth in the attached Bill of Costs.

WHEREFORE, Plaintiff requests the entry of default judgment against defendant, WELLINGTON R. CRAWFORD JR for the amount due and owing to it, and has attached hereto a proposed from a Default Judgment.

## BILL OF COSTS

1. Plaintiff, the United States of America, is entitled to recover of defendant, WELLINGTON R. CRAWFORD JR, as its costs in this proceeding, the following statutory costs for the litigation of this action, and makes no claim for fees, disbursements or costs other than as set forth:

A. Fee for Service and Travel,

CASE NO: 13-22663-CV-Williams

per 28 U.S.C. Sec. 1921                                    $70.00

Total                                                      $70.00

I, Shannon Harvey, do hereby certify under penalty of perjury, that the above statements and allegations set forth in the foregoing Motion, Memorandum and Bill of Costs are true and accurate to the best of my knowledge and belief.

Dated: 9/30/2013
Miami, Florida

Respectfully submitted,

SHANNON HARVEY, ESQ. (FBN: 619361)
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355; Fax: 305-532-1531

3

CASE NO: 13-22663-CV-Williams

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of September, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. More specifically, I certify that a true and correct copy of the foregoing was sent via US mail to Wellington R. Crawford Jr. at the following address: 14190 W. Dixie Hwy Apt 8 North Miami, FL 33161

SHANNON HARVEY, ESQ. (FBN: 619361)
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355
Fax: 305-532-1531
Attorney for Plaintiff, United States of America

4

CASE NO: 13-22663-CV-Williams

## SERVICE LIST

UNITED STATES OF AMERICA vs. WELLINGTON R. CRAWFORD JR.

Wellington R. Crawford Jr.
14190 W. Dixie Hwy Apt 8
North Miami, FL 33161
**Defendant**

SHANNON HARVEY, ESQ. (FBN: 619361), *Via CM/ECF*
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355; Fax: 305-532-1531
Attorney for Plaintiff, United States of America