UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-22663-CV-Williams

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Wellington R. Crawford Jr.

Defendant

---

### NOTICE OF FILING AFFIDAVIT OF ATTORNEY'S FEES

The Plaintiff, United States of America, by and through its undersigned counsel, hereby files Plaintiff's Affidavit of Attorney's Fees in the above-captioned matter.

Dated: 9-30-13
Miami, Florida

Respectfully submitted,

SHANNON HARVEY, ESQ. (FBN: 619361)
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355; Fax: 305-532-1531
Attorney for Plaintiff, United States of America

CASE NO.: 13-22663-CV-Williams

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th 30th day of September, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. More specifically, I certify that a true and correct copy of the foregoing was sent via US mail to Wellington R. Crawford Jr. at the following address: 14190 W. Dixie Hwy Apt 8 North Miami, FL 33161

SHANNON HARVEY, ESQ. (FBN 619361)
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355
Fax: 305-532-1531
Attorney for Plaintiff, United States of America

CASE NO.: 13-22663-CV-Williams

## SERVICE LIST

UNITED STATES OF AMERICA vs. WELLINGTON R. CRAWFORD JR.

Wellington R. Crawford Jr.
14190 W. Dixie Hwy Apt 8
North Miami, FL 33161
Defendant


SHANNON HARVEY, ESQ. (FBN: 619361), *Via CM/ECF*
sharvey@sharveylaw.com
The Law Offices of Shannon Harvey P A
1111 Lincoln Road, Suite 400
Miami Beach, Florida 33139
Telephone: 786-276 2355; Fax: 305-532-1531
Attorney for Plaintiff, United States of America

CASE NO.: 13-22663-CV-Williams

## AFFIDAVIT OF ATTORNEY'S FEES

STATE OF FLORIDA:
COUNTY OF MIAMI-DADE:

BEFORE ME, the undersigned authority, personally appeared who after being duly sworn, deposes and says:

1. The undersigned is counsel for the Plaintiff herein and has personal knowledge of the facts contained in this Affidavit.

2. That she has expended time associated with this case, UNITED STATES OF AMERICA, vs. WELLINGTON R. CRAWFORD JR., was the timekeeper for same, and seeks an award of attorney's fees for work done as follows:

| | |
|---|---|
| Review of case file, located updated address for Defendant | 0.3 hr |
| Review of pre-suit correspondence to the Defendant | 0.2 hr |
| Preparation and review of Complaint, Exhibit, Summons, File same | 0.7 hr |
| Review Court Order Re Notice of Practice and requirement for Promissory Note | 0.2hr |
| Prepare Notice of Filing Promissory Note | 0.2hr |
| Review of Return of Service and Preparation of Filing to Court | 0.2 hr |
| Prepare Notice to Defendant of when Answer Due | 0.1hr |
| Preparation of Motion for Clerk's Default and required affidavits | 0.3 hr |
| Attempt to resolve case with Defendant prior to filling Motion for Default Final Judgment | 0.3 hr |
| Preparation of Motion for Default Final Judgment and accompanying Declaration, affidavits, and proposed Orders | 0.6hr |
| Review of Court's Order on Default Judgment | 0.1hr |
| TOTAL: | 3.2hr |

4

CASE NO.: 13-22663-CV-Williams

3. Plaintiff's counsel is entitled to attorney's fees pursuant Promissory Note and pursuant to 28 U.S.C. 2412(b).

4. The undersigned has fully reviewed the time records and supporting data and this Motion is well grounded in fact and justified.

5. Plaintiff's counsel has attempted to resolve this matter with the Defendant; however the parties are unable to resolve the issue.

6. The undersigned's usual and customary fee is $250.00 per hour

7. Based on the hours expended, and the undersigned's usual and customary fee, a reasonable award of attorney's fees is requested in the amount of $800.00.

8. The Plaintiff does not request a hearing on this matter at this time.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

**FURTHER AFFIANT SAYETH NOT.**

Date: _Sept 30, 2013_

Shannon Harvey, Esquire

Subscribed and sworn to me by _Shannon Harvey_ who is personally known to me or has produced the following identification _____ on the _30_ day of _Sept_. 2013.

NOTARY PUBLIC

Print, Type or Stamp commissioned name of Notary Public and commission expiration date:

Notary Public State of Florida
Eugene J Howard
My Commission EE019082
Expires 09/15/2014

5