UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 13-22663-CV-Williams

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WELLINGTON R. CRAWFORD JR.

Defendant

___

## DEFAULT FINAL JUDGMENT

**THIS MATTER** having come before the Court upon Plaintiff United States of America's Motion for Entry of Default Final Judgment against Defendant, WELLINGTON R. CRAWFORD JR. The Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted that Defendant has failed to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that Judgment is hereby **ENTERED** in favor of Plaintiff, the United States of America, and against Defendant, WELLINGTON R. CRAWFORD JR., upon the complaint herein, and it is further

**ORDERED AND ADJUDGED** that Plaintiff recover of the Defendant, WELLINGTON R. CRAWFORD JR. the sum of **$9,146.84**, consisting of $2,687.82 in unpaid principal, plus $5,589.02 in accrued interest through September 30, 2013 in accordance with the supporting documentation attached to Plaintiff's Motion for Entry of Default Final Judgment, together with interest at the rate of 8% per annum or $0.59 per

CASE NO: 13-22663-CV-Williams

annum on the unpaid principal amount of $2,687.82 to date of the judgment, attorney fees of $800.00, together with the sum of $70.00 in taxed costs, and it is further

**ORDERED AND ADJUDGED** that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and Fed. R. Civ. P. 69(a).

**DONE AND ORDERED** in Chambers, in Miami, Florida, this ___ day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Shannon Harvey, Counsel of Record

Wellington R. Crawford Jr.
14190 W. Dixie Hwy Apt 8
North Miami, FL 33161
**Defendant**

2